BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>APPROXIMATELY $12,700.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $7,235.00 IN U.S. CURRENCY<br><br>　　　　　　Defendants. | 1:10-CV-01054-AWI-SKO<br><br>**STIPULATION TO DISMISS WITH PREJUDICE AND ORDER THEREON; CERTIFICATE OF REASONABLE CAUSE** |

　　　　Plaintiff United States of America appearing through their undersigned counsel, and Potential Claimant Leopaldo Sanchez, hereby agree and stipulate as follows:

　　　　1.　　The defendant approximately $12,700.00 in U.S. Currency in the pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

　　　　2.　　The parties are to bear their own costs and attorney fees.

　　　　3.　　There was probable cause for the arrest of the defendant approximately $12,700.00 and for the commencement and prosecution of this forfeiture action, and the Court may enter a

///

///

///

1  Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

3  Dated: 09/24/10               BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Deanna L. Martinez
                                 DEANNA L. MARTINEZ
                                 Assistant United States Attorney

                                 /s/ Leopoldo Sanchez
                                 LEOPALDO SANCHEZ
                                 Pro se, Potential Claimant

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed June 10, 2010, and the Stipulation To Dismiss With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the arrest of the defendant approximately $12,700.00 in U.S. Currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated:   September 30, 2010                          _____
                                                     CHIEF UNITED STATES DISTRICT JUDGE