1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  United States Courthouse
   501 I Street, Suite 4401
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5

6  Attorneys for Plaintiff

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )  1:10-CV-01054-AWI-SKO
                                          )
12                 Plaintiff,             )  **STIPULATION FOR DISMISSAL WITH**
                                          )  **PREJUDICE AND ORDER;**
13         v.                             )  **CERTIFICATE OF REASONABLE**
                                          )  **CAUSE**
14                                        )
   APPROXIMATELY $7,235.00 IN U.S.        )
15 CURRENCY                               )
                                          )
16                 Defendant.             )
                                          )
17                                        )
                                          )
18                                        )

19         It is hereby stipulated by and between plaintiff United States and potential claimant Jesus Vivas

20 Sandoval, by and through their respective counsel of record, as follows:

21         1.      The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the

22 Federal Rules of Civil Procedure.

23         2.      The parties are to bear their own costs and attorney fees.

24         3.      There was probable cause for the arrest and seizure of the defendant approximately

25 $7,235.00 in U.S. currency and for the commencement and prosecution of this forfeiture action, and the

26 ///

27 ///

28 ///

1    STIPULATION TO DISMISS WITH PREJUDICE AND ORDER
                                        THEREON; CERTIFICATE OF REASONABLE CAUSE

Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated: 2/10/11

BENJAMIN B. WAGNER
United States Attorney

/s/ Alyson A. Berg (for)
KELLI L. TAYLOR
Assistant United States Attorney

/s/ Stephen Quade
STEPHEN QUADE
Attorney for Potential Claimant
Jesus Sandoval Vivas

(original signature retained by attorney)

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed June 10, 2010, and the Stipulation To Dismiss With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the arrest and seizure of the defendant approximately $7,235.00 in U.S. Currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated:   February 12, 2011

CHIEF UNITED STATES DISTRICT JUDGE